Louis Rosenfeld, Defendant in Error, v. Nathan Pomerantz and Harry Pomerantz, Plaintiffs in Error.

Gen. No. 18,533.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRED C. HILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed October 14, 1913.

### Statement of the Case.

Action by Louis Rosenfeld against Nathan Pomerantz and Harry Pomerantz to recover wages earned by plaintiff while in the employ of defendants. From a judgment in favor of plaintiff for one hundred and fifty-three dollars, defendants bring error.

SHAEFFER & KOMPEL, for plaintiffs in error.

ISRAEL COWEN, for defendant in error.

MR. PRESIDING JUSTICE F. A. SMITH delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 26*—*sufficiency of statement of facts for review.* A statement of facts signed by the trial judge which consists of a statement of the evidence is not such a statement of facts as is contemplated by the Municipal Court Act.

2. TRIAL, § 295*—*when propositions of law must be submitted.* Propositions of law and findings of facts submitted to the court after entry of judgment and after a writ of error has been sued out may be refused by the trial court.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.